UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEITH BOX, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:05CV6 HEA |
| CHUCK DWYER, et al., | ) | |
| Defendants | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff has filed numerous motions challenging various aspects of this matter, both regarding the remaining defendant, Chuck Dwyer, and the Court. Defendant has not responded to any of these motions. The Court is unsure whether defendant has in fact received these motions.

Accordingly,

**IT IS HEREBY ORDERED** that defendant shall file, within 5 days from the date of this Order, notice with the Court as to whether he has in fact been served with the currently pending motions. In the event that defendant has been served, he shall file responses to the motions within five days from the date of this Order.

Dated this 23rd day of June, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE